## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In the Matter of Private Sale : 
of Property by the Millcreek : 
Township School District : 
  : 
Appeal of:  Montessori Regional : 
Charter School :     No. 1922 C.D. 2015

## **O R D E R**

NOW, September 12, 2016, upon consideration of appellee's application for reargument en banc and appellant's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge